IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

PAMELA D. MORTON,

    Plaintiff,

v.                                    CIVIL ACTION NO. 1:21-00208

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

## MEMORANDUM OPINION AND ORDER

    By Standing Order, this action was referred to United States Magistrate Judge Cheryl A. Eifert for submission of findings and recommendation regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B).  Magistrate Judge Eifert submitted to the court her Proposed Findings and Recommendation ("PF&R") on January 24, 2022, in which she recommended that the court deny plaintiff's request for judgment on the pleadings; grant defendant's request for judgment on the pleadings; affirm the final decision of the Commissioner; dismiss this case with prejudice; and remove this matter from the court's docket.

    In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days and three mailing days in which to file any objections to Magistrate Judge Eifert's Proposed Findings and Recommendation.  The failure of any party to file such objections within the time allowed constitutes a

waiver of such party's right to a <u>de novo</u> review by this court. <u>Snyder v. Ridenour</u>, 889 F.2d 1363 (4th Cir. 1989).

Neither party filed any objections to the Magistrate Judge's Findings and Recommendations within the required time period. Accordingly, the court adopts the Findings and Recommendations of Magistrate Judge Eifert as follows:

1. Plaintiff's request for judgment on the pleadings is **DENIED**;

2. Defendant's request for judgment on the pleadings is **GRANTED**;

3. The final decision of the Commissioner is **AFFIRMED**;

4. This matter is **DISMISSED** with prejudice; and

5. The Clerk is directed to remove this case from the court's docket.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record and unrepresented parties.

**IT IS SO ORDERED** this 15th of February, 2022.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge